**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FELEK MCCRAE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **OFFICER ANDREW HAENCHEN,** | : | |
| **OFFICER MICHAEL MITCHELL,** | : | |
| **OFFICER JASON JUDGE,** | : | |
| **OFFICER JUSTIN RIOS,** | : | |
| **OFFICER JULIO TRUILLO, and** | : | |
| **OFFICER MATHEW RIVERA** | : | **NO.  20-3173** |

## ORDER

**NOW,** this 8th day of July, 2020, upon consideration of the Notice of Removal (Document No. 1) and the plaintiff's complaint, it is **ORDERED** that pursuant to 28 U.S.C. § 1447(c), this action is **REMANDED** to the state court from which it was removed.

   /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.